Ex parte The New-York and Shawangunk Mining Company.

August, 1840.

In a suit commenced *previous* to the act of 1840, a plaintiff is not obliged to wait *thirty days* from the entry of the judgment, before issuing an execution.

APPLICATION was made in this case for a *mandamus*, to the New York common pleas, directing that court to set aside certain executions issued against the relators on the ground that the same had been issued *before the expiration of thirty days* from the entry of the judgments upon which the executions had been issued, *Statutes*, 1840, *p.* 334, § 24. It was shown in the common pleas, on the behalf of the plaintiffs in answer to a motion on the part of the defendants to set aside the executions, that the suits in which the executions had been issued were commenced *previous* to the passage of the act above referred to, and the common pleas refused to set aside the execution. The motion for a mandamus was denied.